# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MICHAEL E. PISTON,**<br>225 Broadway, Ste 307, New York, NY 10007<br><br>Plaintiff,<br>vs.<br><br>**UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES**<br>20 Massachusetts Ave. NW<br>Washington, DC 20529<br><br>Defendant | Case No.:<br><br>COMPLAINT |

## COMPLAINT

1.  This is an action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, as amended, to compel the United States Citizenship and Immigration Services (USCIS) to immediately produce the full unredacted record of proceedings in USCIS File RCW1310051120/ID1310051120 pertaining to Form I-924, Application for Regional Center under the Immigrant Investor Program regarding Pangaea Regional Center, L.L.C. including, but not limited to, any document(s) pertaining to a decision by USCIS to expedite (or not expedite) the approval of the same.

## PARTIES

2.  Michael E. Piston is a citizen of the United States and a member of the State Bar of Michigan, who has his principal place of business at 225 Broadway, Suite 307, in the county and state of New York.

3.  The United States Citizenship and Immigration Services is an agency of the United States, residing in the District of Columbia, and has possession of and control of the record of proceedings in USCIS File RCW1310051120/ID1310051120 pertaining to Form I-924, Application for Regional Center under the Immigrant Investor Program regarding Pangaea Regional Center, L.L.C.

## JURISDICTION

4. Since this is a civil action arising under the Freedom of Information Act, 5 U.S.C. § 552, a law of the United States, original jurisdiction over this matter is vested in this Court by 28 U.S.C. § 1331.

5. Michael E. Piston is an attorney at law who has been engaged by Pangaea Regional Center, L.L.C. to provide it with representation in certain legal matters which require him to review the record of proceedings in USCIS File RCW1310051120/ID1310051120 pertaining to Form I-924, Application for Regional Center under the Immigrant Investor Program regarding Pangaea Regional Center, L.L.C. including, but not limited to, any document(s) pertaining to a decision by USCIS to expedite (or not expedite) the approval of the same.

## BRIEF STATEMENT OF PERTINENT FACTS

6. On June 1, 2015 Michael E. Piston filed a request under the Freedom of Information Act to the USCIS by emailing it to uscis.foia@uscis.dhs.gov. A complete copy of that email is attached as Exhibit A.

7. This request stated in material part that:

> This is to request a complete copy of the record of proceedings in the above matter pertaining to Form I-924, Application for Regional Center under the Immigrant Investor Program regarding Pangaea Regional Center, L.L.C. including, but not limited to, any documents pertaining to a decision by USCIS to expedite (or not expedite) the approval of the same.
>
> The consent to the disclosure of these materials to Michael E. Piston, Attorney at Law, is contained in the attached form DOJ 361 executed by

James Joseph Gillas, the individual who executed the form I-924 upon behalf Pangaea Regional Center L.L.C. The consent is made by Mr. Gillias both individually and upon behalf of Pangaea Regional Center L.L.C. Mr. Gillas's authority to act upon behalf of Pangaea Regional Center L.L.C. was recognized by the USCIS by its approval of the form I-924 which he executed upon its behalf.

Please be advised that we view this matter as EXTREMELY URGENT and therefore will require strict compliance with all statutory deadlines provided by the Freedom of Information Act. The matter is extremely urgent because it is critical for the future fundraising ability of the Pangaea Regional Center LLC for it to determine whether (or not) the approval of its form I-924 was expedited.

This is to confirm that I am willing to pay all reasonable expenses of this request.

8. Attached to this email was a completed form DOJ 361, an accurate copy of which is attached as Exhibit B.

9. As of the date of the filing of this complaint USCIS has provided no response to this request.

## STATEMENT OF RELEVANT LAW

10. 5 U.S.C. § 552(a)(3)(A) provides that:

> Except with respect to the records made available under paragraphs (1) and (2) of this subsection, and except as (E), each agency, upon any request for records which (i) reasonably describes such records and (ii) is made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed, shall make the records promptly available to any person.

11. 5 U.S.C. § 552(a)(6) provides in relevant part that that "Each agency, upon any request for records made under paragraph (1), (2), or (3) of

this subsection, shall--

> (i) determine within 20 days (excepting Saturdays, Sundays, and legal public holidays) after the receipt of any such request whether to comply with such request and shall immediately notify the person making such request of such determination and the reasons therefor, and of the right of such person to appeal to the head of the agency any adverse determination

12. 5 U.S.C. § 552(a)(4)(B) provides in relevant part that

> On complaint, the district court of the United States in the district in which the complainant resides, or has his principal place of business, or in which the agency records are situated, or in the District of Columbia, has jurisdiction to enjoin the agency from withholding agency records and to order the production of any agency records improperly withheld from the complainant.

## CAUSE OF ACTION

13. The United States Citizenship and Immigration Services, despite receiving the aforementioned request from Michael E. Piston which reasonably described such records and was made in accordance with published rules stating the time, place, fees (if any), and procedures to be followed, has failed to determine whether to make those records available to him and notify him of that determination within the applicable time limit provisions of 552 U.S.C. § 552(a)(6).

14. Accordingly, Michael E. Piston has exhausted his administrative remedies with respect to such request.

15. The United States Citizenship and Immigration Services has improperly withheld from Michael E. Piston the documents identified in that request.

16. Therefore this Court should enjoin the United States Citizenship and Immigration Services from withholding the full unredacted record of proceedings in United States Citizenship and Immigration Services File RCW1310051120/ID1310051120 pertaining to Form I-924, Application for Regional Center under the Immigrant Investor Program regarding Pangaea Regional Center, L.L.C. including, but not limited to, any documents pertaining to a decision by USCIS to expedite (or not expedite) the approval of the same and order the United States Citizenship and Immigration Services to provide Michael E. Piston with a full unredacted copy of those proceedings forthwith.

Respectfully Submitted this 23rd day of June, 2014

s/Michael E. Piston
Michael E Piston
Attorney for Plaintiff
225 Broadway, Ste 307
New York, NY 10007
646-845-9895
Fax: 206-770-6350
Michaelpiston4@gmail.com